# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5172**  **September Term, 2006**

07cv00471

**Filed On:**

William J.R. Embrey,
    Appellant

v.

George W. Bush, President of the United States, et al.,
    Appellees

FILED AUG 2 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED AUG 2 1 2007
CLERK

**BEFORE:**   Ginsburg, Chief Judge, and Henderson and Griffith, Circuit Judges

### ORDER

Upon consideration of the motions for leave to proceed in forma pauperis; and the notice of appeal construed as a petition for writ of mandamus, the separate petition for writ of mandamus, and the memorandum of law and fact in support thereof (styled "brief"), it is

**ORDERED** that the motions for leave to proceed in forma pauperis be granted. It is

**FURTHER ORDERED** that the petitions for writ of mandamus be denied. A writ of mandamus to block a transfer will issue only if the district court grossly abused its discretion. See In re Tripati, 836 F.2d 1406, 1407 (D.C. Cir. 1988) (per curiam). The district court did not abuse its discretion in transferring this case to the district in which the petitioner is incarcerated. See Chatman-Bey v. Thornburgh, 864 F.2d 804, 810-14 (D.C. Cir. 1988) (en banc).

The Clerk is directed to transmit a copy of this order to the district court. Pursuant to D.C. Circuit Rule 36, this disposition will not be published.

**Per Curiam**